152    APPELLATE COURTS OF ILLINOIS.

Junk v. Non-Corrosive Rollable Metals Co., 210 Ill. App. 152.

## Magdalena Junk, Appellee, v. Non-Corrosive Rollable Metals Company, Appellant.

### Gen. No. 23,892.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARCUS A. KAVANAGH, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 25, 1918. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Judgment by confession in favor of Magdalena Junk, plaintiff, against Non-Corrosive Rollable Metals Company, a corporation, defendant, for $2,114.66. Defendant made a motion to open up the judgment and for leave to plead and in support of his motion filed two affidavits. The motion was denied, from which order defendant appealed. Defendant later renewed its motion theretofore made and filed one affidavit in support thereof. The motion was denied and defendant excepted and took and perfected a further appeal.

JOHN L. HOPKINS, JOHN W. CREEKMUR and DONALD J. DEWOLFE, for appellant.

EDMOND W. POTTLE, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT, § 75*—*when motion to open judgment by confession is insufficient.* A motion to open a judgment by confession to be let in to plead, not upon the merits but to "plead, answer or demur to the declaration," is insufficient, and will not be entertained.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. APPEAL AND ERROR, § 2*—*what is not an appeal.* An appeal prayed but not perfected is not an appeal.

3. JUDGMENT, § 422*—*when denial of motion to open up judgment by confession creates estoppel.* The denial of a motion to open up a judgment by confession from which an appeal is prayed and allowed, but not perfected, works an estoppel when the matter decided is again raised by an appeal taken from an order denying a renewed motion to open up the judgment.

4. APPEAL AND ERROR, § 267*—*when ruling appealable.* A ruling upon a motion which is final is appealable.